## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01144-RPM

RAYMOND VEGA, on behalf of Jose Martin Vega, deceased,

    Plaintiff,

v.

BLAKE R. DAVIS and
certain additional unknown agents of the United States Bureau of Prisons,

    Defendants.
_____

## ORDER GRANTING MOTION FOR LEAVE TO FILE
## AMENDED COMPLAINT
_____

    This matter is before the Court pursuant to Plaintiff Raymond Vega's Unopposed Motion for Leave to File First Amended Complaint. Good cause being shown therefore, the motion is hereby GRANTED.

    IT IS HEREBY ORDERED THAT: The Amended Complaint attached to Plaintiff's motion is hereby accepted for filing.

    DATED this 31st day of August, 2012.

                                                       BY THE COURT:

                                                       Richard P. Matsch

                                                       _____
                                                       Hon. Judge Richard P. Matsch
                                                       United States District Court Senior Judge