## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 12-cv-01570-RPM**

HAROLD CUNNINGHAM, CARLTON DUNBAR,
JOHN W. NARDUCCI, JR., JEREMY PINSON,
ERNEST NORMAL SHAIFER, and MARCELLUS WASHINGTON,
Each individually and on behalf of all others similarly situated,
and
CENTER FOR LEGAL ADVOCACY D.B.A. THE LEGAL
CENTER FOR PEOPLE WITH DISABILITIES AND OLDER
PEOPLE, COLORADO'S PROTECTION AND ADVOCACY SYSTEM,

      Plaintiffs,

vs.

FEDERAL BUREAU OF PRISONS,

      Defendant.

**AND**

**Civil Action No. 1:12-cv-01144-RPM**

RAYMOND VEGA, Personally and as Personal Representative
of the Estate of Jose Martin Vega, deceased,

      Plaintiff,

vs.

BLAKE R. DAVIS, and certain additional unknown agents
of the United States Bureau of Prisons,

      Defendants.
_____

### ORDER GRANTING MOTION FOR LEAVE TO DEPOSE INCARCERATED WITNESS RICHIE ANTONIO HILL
_____

The Court, having reviewed Plaintiffs' Unopposed Motion Pursuant to Rule 30(a)(2)(B) for Leave to Depose Incarcerated Witness Richie Antonio Hill (BOP Register No. 20689-018), and finding good cause to grant such motion, hereby ORDERS as follows:

Plaintiffs in both of the above captioned actions are granted leave to take the deposition of RICHIE ANTONIO HILL (BOP Register No. 20689-018) at the United States Medical Center for Federal Prisoners in Springfield, Missouri, beginning on July 31, 2013, and continuing thereafter until completed.

DATED: July 22nd, 2013.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Court Judge