IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01144-RPM

RAYMOND VEGA, Personally and as Personal Representative of the
Estate of Jose Martin Vega, deceased,

      Plaintiff,

v.

BLAKE R. DAVIS and
certain additional unknown agents of the United States Bureau of Prisons,

      Defendants.

_____

## ORDER OF DISMISSAL
_____

      Pursuant to the Mandate from the Untied States Court of Appeals for the Tenth Circuit, received yesterday, and the Order and Judgement of July 22, 2014, it is now

      ORDERED that the "Count One", more properly identified as the First Cause of Action, in the Amended Complaint [13] is dismissed.  And this Court having previously dismissed the Second Cause of Action in the Amended Complaint, it is now

      ORDERED that the clerk shall enter final judgment dismissing this civil action.

      DATED: November 13th , 2014

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge