IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01144-RPM

RAYMOND VEGA, Personally and as Personal Representative of the
Estate of Jose Martin Vega, deceased,

    Plaintiff,

v.

BLAKE R. DAVIS and
certain additional unknown agents of the United States Bureau of Prisons,

    Defendants.

___

## FINAL JUDGMENT
___

    Pursuant to the Order of Dismissal, signed by Senior District Judge Richard P. Matsch on November 13, 2014, it is

    ORDERED that the First Cause of Action, in the Amended Complaint [13] is dismissed and with the Court having previously dismissed the Second Cause of Action in the Amended Complaint, it is

    FURTHER ORDERED that this civil action is dismissed.

    DATED: November 13, 2014

                                    FOR THE COURT:
                                    Jeffrey P. Colwell, Clerk

                                    s/J. Chris Smith
                            By _____
                                      Deputy Clerk