# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-1144-RPM

RAYMOND VEGA, personally and as personal representative of the Estate of Jose Martin Vega,

    Plaintiff,

v.

BLAKE R. DAVIS, and
CERTAIN ADDITIONAL UNKNOWN AGENTS OF THE UNITED STATES BUREAU OF PRISONS,

    Defendants.

_____

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DOCKET NUMBER 47
_____

This matter is before the Court on Blake Davis's motion for a 10-day extension of time to respond to Plaintiff's Motion for Relief from Judgment and for Leave to Amend Complaint (Doc. 47). For the reasons set forth in the motion, the Court finds that it should be GRANTED. Mr. Davis is granted up to and including January 15, 2015, to respond to the motion.

    DATED: December 29th, 2014

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____

                                  Richard P. Matsch, Senior District Judge