**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                April 16, 2015
Courtroom Deputy: Bernique Abiakam
ECR Technician:    Kathy Terasaki

Civil Action No. 12-cv-01144-RPM

| | |
|---|---|
| RAYMOND VEGA, personally and as personal representative for the Estate of Jose Martin Vega, deceased, | Veronica E. Rendon |
| Plaintiff, | |
| v. | |
| BLAKE R. DAVIS, and certain additional unknown agents of the United States Bureau of Prisons, | Amy L. Padden |
| Defendants. | |

**COURTROOM MINUTES**

**Hearing on Motion for Relief**

**10:29 a.m.    Court in session.**

Court calls case.  Appearances of Counsel.

Court's preliminary remarks.

10:36 a.m.    Argument by Ms. Rendon.  Questions by the Court.

10:44 a.m.    Argument by Ms. Padden.  Questions by the Court.

**ORDERED: Plaintiff's Motion For Relief from Judgment And Leave To Amend Complaint And Memorandum Of Points And Authorities (Filed 12/11/14; Doc. No. 47) shall be GRANTED by written order.  Plaintiff has to and including June 15, 2015 to file the amended complaint.**

Further discussion.

**10:52 a.m.    Court in recess.**   Hearing concluded.  Total time: 23 minutes.